UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

       Plaintiff,                       Case No. 1:13-cv-1133

v.                                             HON. JANET T. NEFF

INGHAM COUNTY JAIL, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (Dkt 58). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 16, 2015 (Dkt 67), recommending that this Court deny Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 67) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt 58) is DENIED.


Dated: December 11, 2015                               /s/Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge